IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00289-M-16

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| JONATHAN ROBARGE, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on the United States' "Notice of Appeal from Magistrate [Judge's] Order Denying Pre-Trial Detention," construed as a motion for revocation of a release order and to stay the release order [DE 164]. According to the motion, the release order was issued October 8, 2024 and stayed until October 11, 2024, and the United States filed the present motion on October 15, 2024.[1] The United States requests that the court "stay" the release order; however, there is no indication whether the Defendant remains in custody after October 11, 2024.

Therefore, the United States shall inform the court by filing a supplement to its motion whether the Defendant remains in custody.

SO ORDERED this 17th day of October, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The motion did not come to the court's attention until today, October 17, 2024, because it was filed as an "appeal," rather than a "motion," as required by 18 U.S.C. § 3145(a)(1).