IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00289-M-16

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JONATHAN ROBARGE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the United States' "Notice of Appeal from Magistrate [Judge's] Order Denying Pre-Trial Detention," construed as a motion for revocation of a release order pursuant to 18 U.S.C. § 3145(a) and to stay the release order [DE 164], and the United States' supplement to the motion (DE 207). According to these documents, the release order was issued in the Middle District of Florida on October 8, 2024, and has been stayed pending resolution of the present motion by this court. Accordingly, the United States' request for a stay is DENIED as moot.

The court will hear the motion on Monday, October 28, 2024, at 2:00 p.m. in Courtroom 1, Alton Lennon Federal Courthouse, Wilmington. If appropriate, the Office of the Federal Public Defender will appoint counsel to represent Defendant in this matter.

SO ORDERED this 21st day of October, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE