UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CR-00289-M-KS

UNITED STATES OF AMERICA                )
                                        )
v.                                      )      **ORDER FOR EXTENSION OF**
                                        )          **DISCOVRY DEADLINE**
VIDAUL RASHAAD REED, et al.,            )
                                        )
        Defendants.

 

This matter comes now before this Court on the motion of the United States, by and through the United States Attorney, and moves to extend time to file discovery.

For good cause shown, the Court hereby GRANTS the government's motion and extends the deadline. The ends of justice served by granting of this extension outweigh the best interests of the public and the Defendants in a speedy trial. Therefore, the period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

_____          _____
DATE                                    Richard E. Myers II
                                        Chief United States District Judge